**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| H.U.C.U., *et al.*,<br><br>    *Plaintiffs*,<br><br>            v.<br><br>WILLIAM P. BARR, *et al.*,<br><br>    *Defendants*. | Civil Action No.19-1964 (JDB) |

**STATUS REPORT**

Defendants, by and through undersigned counsel, respectfully provide notice to the Court that on Tuesday, July 2, 2019, the minor child G.M.C.B. was approved for release. Travel arrangements have been made to transport the child from El Paso, Texas, today, with arrival expected in Washington, D.C., at approximately 11:45pm.

Dated:  July 2, 2019                    Respectfully submitted,

                                                JESSIE K. LIU, D.C. Bar #472845
                                                United States Attorney

                                                DANIEL F. VAN HORN, D.C. Bar #924092
                                                Chief, Civil Division

                            By:    */s/ Jason T. Cohen*
                                                JASON T. COHEN
                                                ME Bar #004465
                                                Assistant United States Attorney
                                                555 Fourth St., N.W.
                                                Washington, D.C. 20530
                                                Phone: (202) 252-2523
                                                Fax: (202) 252-2599
                                                Email: jason.cohen@usdoj.gov